UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-po-00357-CKD |
| Plaintiff, | ) ) | ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | ) ) | |
| KIP LEE, | ) ) | DATE: October 19, 2017 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00357-CKD without prejudice is GRANTED.

It is further ordered that the bench warrant issued on October 19, 2017 is recalled.

IT IS SO ORDERED.

Dated: November 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE